AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| PAMILA ANN BRADBERRY,<br>      Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>      Defendant. | **JUDGMENT**<br>**CASE NO. 5:12-CV-190-D** |

Decision by the Court:

     **IT IS ORDERED AND ADJUDGED** that the Court adopts the Memorandum and Recommendations [D.E. 23], Plaintiff's Objections to the Memorandum and Recommendations [D.E. 24] are OVERRULED, Plaintiff's Motion for Judgment on the Pleadings [D.E. 16] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 18] is GRANTED, Defendant's final decision is AFFIRMED, and this action is DISMISSED. The clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **SEPTEMBER 6, 2013,** WITH A COPY TO:

Roberta L. Edwards (via CM/ECF electronic notification)
Kathleen C. Buckner (via CM/ECF electronic notification)

| | |
|---|---|
| September 6, 2013<br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br>/s/Debby Sawyer<br>(By) Deputy Clerk |

Raleigh, North Carolina